**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALFRED ALONZO MAYO,** : | |
| Petitioner : | CIVIL ACTION NO. 3:13-CV-01453 |
| vs. : | (Petition Filed 11/13/2012) |
| **PENNSYLVANIA BOARD OF** : | (Judge Caputo) |
| **PROBATION & PAROLE,** : | |
| Respondent : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1), is **DENIED** pursuant to 28 U.S.C. § 2254(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

s/A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge

Dated: November  25, 2014